UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| DR. ALEXANDER N. ASANOV, )<br>Individually on behalf of himself, and on )<br>Behalf of the People of the USA – hundreds )<br>of millions of similarly situated victims )<br>     Plaintiff, )<br>)<br>v. )<br>)<br>)<br>JUAN MANUEL MERCHAN, and )<br>JOE DOE, unidentified yet Defendants )<br>Colluded into organized anti-American )<br>Criminal group )<br>     Defendants ) | **JUDGMENT**<br><br>No. 5:24-CV-514-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of plaintiff's motions for default judgment and the court's own initiative to address subject matter jurisdiction.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered May 27, 2025, and for the reasons set forth more specifically therein, it is ordered that this case is DISMISSED without prejudice for lack of subject matter jurisdiction.

**This Judgment Filed and Entered on May 27, 2025, and Copies To:**
Alexander N. Asanov (via CM/ECF Notice of Electronic Filing)

May 27, 2025       PETER A. MOORE, JR., CLERK

               _/s/ Sandra K.Collins_
               (By) Sandra K. Collins, Deputy Clerk